UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL LEBLANC,

Defendant.
_______________________________/

Case No. 1:96CR120-00

Hon. Janet T. Neff
United States District Judge

**NOTICE OF APPEARANCE**

W. Francesca Ferguson, Assistant United States Attorney, enters her appearance as counsel for the Plaintiff in the above-entitled cause.

Respectfully submitted,

CHARLES R. GROSS
United States Attorney

Dated: December 20, 2007

/s/ W. Francesca Ferguson

W. FRANCESCA FERGUSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
Francesca.Ferguson@usdoj.gov