UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL LEBLANC,

Defendant,

and

STATE OF MICHIGAN
Department of Treasury
Third Party Withholding Unit,

Garnishee.
_______________________________________/

Case No. 1:96CR120-00

Hon. David W. Mc Keague
United States District Judge

**TERMINATION OF GARNISHMENT**

NOTICE TO GARNISHEE: The continuing garnishment issued on December 27, 2007 against Defendant Michael Leblanc is hereby terminated and you are released from further liability in connection therewith.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Termination authorized on July 19, 2019

/s/Jennifer S. Murnahan
JENNIFER S. MURNAHAN
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
jennifer.murnahan@usdoj.gov